# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| SHERWOOD SIMMONS, | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 2:13CV00071-SWW-JJV |
| WOODRUFF COUNTY JAIL; *et al.*, | * |
| Defendants. | * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Complaint (Doc. No. 2) is DISMISSED without prejudice.

2. Dismissal of the Complaint constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 18th day of July, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE